MORRISON v. SMITH et al. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Action by Lillian C. Morrison against Ormond G. Smith and others. No opinion. Motion denied, with $10 costs.

MUNSON, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Francis A. Munson against Perry Morgan. No opinion. Judgment and order affirmed, with costs.

MURPHY, Appellant, v. VILLAGE OF MT. MORRIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Catherine Murphy against the village of Mt. Morris. No opinion. Judgment and order affirmed, with costs.

In re MURRAY'S ESTATE. (Supreme Court, Appellate Division, First Department. December 11, 1903.) In the matter of the estate of Margaret Murray, deceased. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

MUTUAL LIFE INS. CO., Respondent, v. CROUCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by the Mutual Life Insurance Company against Frank P. Crouch and others. No opinion. Judgment affirmed, with costs.

NEW JERSEY STEEL & IRON CO. v. ROBINSON et al. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by the New Jersey Steel & Iron Company against Andrew J. Robinson and others. No opinion. Motion denied, with $10 costs to each of the parties opposing.

NIAGARA COUNTY, Respondent, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by the county of Niagara against the Fidelity & Deposit Company of Maryland. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs, upon the merits, without determining whether, under the provisions of section 191, Code Civ. Proc., it is necessary to obtain leave to appeal to the Court of Appeals from the decision of this court herein.

O'BRIEN, Respondent, v. SILO, Appellant. (Supreme Court, Appellate Division, Second Department. June Term, 1903.) Action by Andrew O'Brien against James P. Silo. No opinion. The court desires to see counsel in this case.

O'BRIEN, Respondent, v. VICTORIA PAPER MILLS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by James H. O'Brien against the Victoria Paper Mills Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined, and no error found therein. Held, that the evidence fails to establish that the defendant was guilty of negligence which was the proximate cause of the injury.

O'CONNOR, Respondent, v. McLAUGHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Ann O'Connor, as committee, etc., of Grace McLaughlin, an incompetent person, against Pauline McLaughlin, individually and as executrix, etc., of Hugh McLaughlin, deceased. No opinion. Interlocutory judgment affirmed, with costs.

O'NEILL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by James O'Neill against the Metropolitan Street Railway Company. B. H. Ames, for appellant. P. Armitage, for respondent. No opinion. Judgment and order affirmed, with costs.

PACKARD, Respondent, v. ELSOHN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Samuel Packard against Levi Elsohn, impleaded, etc. No opinion. Motion to dismiss appeal denied, without costs, and appeal placed upon motion calendar for argument on Friday, January 22, 1904.

PACKARD et al., Respondents, v. WINDHOLZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Nathan J. Packard and another against Louis Windholz. No opinion. Motion for leave to appeal to the Court of Appeals granted; the questions to be certified to the court to be settled by and before Mr. Justice SPRING on two days' notice.

PARVIS, Respondent, v. ERIE PRESERVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Thomas H. Parvis against the Erie Preserving Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined, and no error found therein. Held, that the trial court committed error in holding as matter of law that the hiring was for the season of 1901.